# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANTHONY RAJ,** | : |
| Plaintiff | : CIVIL ACTION NO. 3:17-0692 |
| v. | : (JUDGE MANNION) |
| **DICKSON CITY BOROUGH and MICHAEL RANAKOSKI,** | : |
| Defendants | : |

## ORDER

In accordance with the Memorandum issued this same day, **IT IS HEREBY ORDERED that:**

**(1)** The Motion to Dismiss, (Doc. 7), filed by defendant Dickson City Borough with respect to the claims raised against it in Count I of the plaintiff's complaint, (Doc. 1), is **DENIED**; and

**(2)** The defendants Dickson City Borough and Michael Ranakoski are directed to file their answers to plaintiff's complaint **within 7 days** of the date of this Order.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATED: January 26, 2018**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2017 MEMORANDA\17-0692-01-ORDER.wpd