UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANTHONY RAJ** | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:17-692 |
| v. | : | (JUDGE MANNION) |
| **DICKSON CITY BOROUGH, MICHAEL RANAKOSKI, and SHANE SCANLON** | : : | |
| Defendants | : | |

### ORDER

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** Defendants' motion for summary judgment, (Doc. 29), is **GRANTED** and **JUDGMENT** is entered in favor of Defendants and against Raj on the Count I and Count II claims in Raj's Complaint, (Doc. 1); and

**(2)** The Clerk of Court is directed to **CLOSE THIS CASE**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: October 14, 2020**
17-0692-02-ORDER